
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9393 | **DATE** | 12/28/2001 |
| **CASE TITLE** | Eric R. Ralford vs. Fantastic Sams | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Unless Ralford's appointed counsel files in this Court's chambers on or before January 14, 2002 an explanation as to why dismissal is not in order, this Court will be constrained to dismiss this action because of Ralford's failure to have conformed to the statutory precondition of a timely filing of his Charge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN 0 2 2002 | |
| | Notified counsel by telephone. | | date docketed | 10 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 12/28/2001 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERIC R. RALFORD, )
)
Plaintiff, )
)
v. ) No. 01 C 9393
)
FANTASTIC SAMS, )
)
Defendant. )

## MEMORANDUM OPINION AND ORDER

After Eric Ralford ("Ralford") had submitted a self-prepared Complaint of Employment Discrimination against his former employer Fantastic Sams, using the form provided by this District Court's Clerk's Office for use by pro se litigants, this Court both (1) appointed an attorney to represent Ralford and (2) asked Ralford or his counsel to provide photocopies of Ralford's Charge of Discrimination ("Charge") and EEOC's right-to-sue letter (neither of which had been attached to the Complaint, despite its directives to do so). Those documents have now been tendered, and they appear to require the threshold dismissal of this action.

According to the Charge, Ralford's termination date of May 14, 2000 quite understandably represented the last date on which he was the victim of asserted sex and color discrimination by Fantastic Sams. But the Charge reflects that Ralford did not sign it until April 18, 2001--and though EEOC's date stamp is unclear from the photocopy delivered to this Court, the Charge



seems to have been filed the next day.

Those dates have confirmed as a factual matter a defect that this Court had noted in the Complaint, but that it thought might simply have been attributable to a mistake on the part of nonlawyer Ralford in filling in the blanks in the form Complaint ¶¶6 and 7(a): the Charge's having been filed outside of the 300-day limitation period established by 42 U.S.C. §2000e-5(e)(1). Accordingly, unless Ralford's appointed counsel files in this Court's chambers on or before January 14, 2002 an explanation as to why dismissal is not in order, this Court will be constrained to dismiss this action because of Ralford's failure to have conformed to the statutory precondition of a timely filing of his Charge.

Milton I. Shadur
Senior United States District Judge

Date: December 28, 2001